UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-35075 |
|---|---|---|
| MARIA T. HESS | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court upon the Motion of FIRST INVESTORS FINANCIAL SERVICES to Modify the Automatic Stay pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of FIRST INVESTORS FINANCIAL SERVICES to Modify Automatic Stay and Co-Debtor Stay is hereby granted;

2. That the automatic stay provided by Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 is hereby modified as to Debtor, MARIA T. HESS, and Co-Debtor, SUSAN HESS, to permit FIRST INVESTORS FINANCIAL SERVICES to take possession of, sell and foreclose its security interest in the 2014 Ford Escape motor vehicle bearing a Vehicle Identification Number of 1FMCU0GX8EUB24226, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. Effective January 31, 2019.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 17, 2019

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)