**Fill in this information to identify the case:**

Debtor 1: Maria T. Hess

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 16-35075

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, As Trustee for GSAMP Trust 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-HE1

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to Identify the debtor's account: 9568

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: 10/08/2018

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) |
| 2. Non-sufficient funds (NSF) fees | | (2) |
| 3. Attorney Fees | $100.00 04/01/19 (Notice of Default); $125.00 08/23/19 (Notice of Payment Change); $150.00 09/13/19 (Post-Petition Fee Notice); | (3) $375.00 |
| 4. Filing fees and court costs | | (4) |
| 5. Bankruptcy/Proof of claim fees | | (5) |
| 6. Appraisal/Broker's price opinion fees | | (6) |
| 7. Property inspection fees | | (7) |
| 8. Tax Advances (non-escrow) | | (8) |
| 9. Insurance advances (non-escrow) | | (9) |
| 10. Property preservation expenses. Specify:_____ | | (10) |
| 11. Other. Specify:_____ | | (11) |
| 12. Other. Specify:_____ | | (12) |
| 13. Other. Specify:_____ | | (13) |
| 14. Other. Specify:_____ | | (14) |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Maria T. Hess
           First Name   Middle Name   Last Name

Case number *(if known)*   16-35075

### Part 4:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Joel P. Fonferko
  Signature

Date   9/13/2019

Print   Joel P. Fonferko
        First Name   Middle Name   Last Name

Title   Attorney for Creditor

Company   Codilis & Associates, P.C.

Address   15W030 North Frontage Road, Suite 100
          Number   Street

          Burr Ridge         IL        60527
          City               State     ZIP Code

Contact phone   (630) 794-5300

Email   ND-One@il.cslegal.com

File #14-16-14501

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on September 13, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 13, 2019.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Maria T. Hess, Debtor(s), 9422 S. Ridgeway Ave., Evergreen Park, IL 60805
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(14-16-14501)**

NOTE: This law firm is a debt collector.

**Codilis & Associates, P.C.**

*PERSONAL INFORMATION REDACTED*

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

### Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▮ |
| Andrea Jenkins | Invoice Status: Check Confirmed |
| 2001 Bishops Gate Blvd | Input By: Christina Delesio |
| Mount Laurel, NJ 08054 | Date Submitted: 8/26/2019 |
| Re: | Invoice Date: 8/23/2019 |
| HESS MARIA T | Vendor Ref #: ▮ |
| 9422S RIDGEWAY AVE | Vendor Code: ▮ |
| EVERGREEN PARK, IL 60805 2011 | |

| | | | |
|---|---|---|---|
| Loan #: | ▮ | Payee Code: | ▮ |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▮ | Referral Date | 8/21/2019 |
| Cost Center: | | | |
| CONV Case No: | | Acquisition Date: | |
| GSE Code: | ▮ | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal Date: | N/A |
| Entity Code: | | | |
| Original Mortgage Amount: | $173,000.00 | | |
| Litigation Status Code: | | | |
| Man Code: | ▮ | | |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| | | Protection Begin Date | N/A |
| BK Case No: | 16-35075 | Protection End Date | N/A |
| BK Chapter: | 13 | HiType | ▮ |
| | | Class Code | |
| | | Last Reviewed | |
| Invoice ID: | ▮ | | |
| Asset Number: | | | |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/26/2019 | 8/28/2019 | | 9/12/2019 | 8/28/2019 | 8/28/2019 | 8/29/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Payment Change Notice | | | 08/23/2019 | 1 | $125.00 | $125.00 | $0.00 | $125.00 |

**Note:** Preparation and filing of Notice of Payment Change. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower

**Service From Date:** 8/23/2019     **Service To Date:** 8/23/2019

| | | | |
|---|---|---|---|
| | $125.00 | $0.00 | $125.00 |
| **Total:** | $125.00 | $0.00 | $125.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

**Execution Date Time: 09/12/2019 10:03:58 AM**                                                                                                 **Pages: 1/ 1**

# Invoice # ▬▬▬▬▬▬▬ **PERSONAL INFORMATION REDACTED**

**INVOICE DATE:** 04/02/2019

## Invoice Submitted By:
Codilis and Associates - Codilis and Associates
15
W030 North Frontage Rd. SUITE 100
Burr Ridge IL 60527
630-241-4300
Vendor ID # ▬▬▬▬▬

## Order Information:
Order #: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Order Date: 03/02/2019
Order Type: Misc. BK- Agreed Order - NOD referral
Loan #: ▬▬▬▬▬▬
Property Address: 9422 S Ridgeway Ave, Evergreen Park, IL 60805

## Invoice Submitted To:
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

## Payment Information:
Confirmation #: ▬▬▬▬▬▬
Method: ACH
Payment Date: 04/04/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4223 | Notice of Default-(Recoverable from Borrower) | 04/01/2019 | $100.00 |
| | | | | **Total:** | $100.00 |

Attorney fee for the Notice of Default

Invoice management powered by:       09/12/2019 14:04:29 UTC Status: Approved